IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VINTAVOUS LANARD DELAFIELD,

      Appellant,

v.

      Case No.  5D21-788
      LT Case No. 2020-CF-000708

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Tiffany Gatesh Fearing, of Suncoast
Legal Group, P.L., Spring Hill, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


    AFFIRMED.


LAMBERT, C.J., EISNAUGLE and TRAVER, JJ., concur.